UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GARY DITTLER, ET AL.

VERSUS

HAZA FOODS OF LOUISIANA, LLC, ET AL

CIVIL ACTION

23-294-SDD-SDJ

### RULING AND ORDER

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated February 26, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Remand[3] is DENIED.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Latrice Toston are DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana the 27 day of March, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 16.
[2] Rec. Doc. 30.
[3] Rec. Doc. 16.